UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL SCOTT MORGAN JR.,<br><br>      Defendant. | Case No. 18-132-RAJ<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTING NEW COUNSEL** |

The Court **GRANTS** defendant's motion to permit his current lawyer, Michael Iaria, to withdraw, Dkt. 112, and **ORDERS**:

1. Defendant's lawyer Michael Iaria may withdraw, and retained counsel John Henry Brown shall appear for defendant.

DATED this 11th day of June, 2018

            _____
            BRIAN A. TSUCHIDA
            United States Magistrate Judge