The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>　　　　　Defendant. | Case No. CR18-132 RAJ<br><br>ORDER GRANTING<br>MOTIONS TO SEAL |

The Court, having received and reviewed the Motions to Seal Motion to Withdraw as Counsel and Supplement to Motion to Withdraw as Counsel, and based on all of the other records and files in this matter, and good cause appearing,

It is ORDERED that the Motions to Seal (Dkt. #299 and Dkt. #312) are GRANTED. The Motion to Withdraw as Counsel and Supplement to Motion to Withdraw as Counsel shall be maintained under seal.

DATED this 6th day of December, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTIONS TO SEAL (CR18-132 RAJ) -1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
PHONE: 206.388.0777 | FAX: 206.388.0780