THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR-18-132 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL EXHIBIT B TO MR. MORGAN'S NOTICE OF JOINDER AND ADDITIONAL ARGUMENT (DKT. #485) |
| v. | |
| MICHAEL SCOTT MORGAN, JR., | |
| Defendant. | |

This matter having come regularly before the Court, and after reviewing the files and records herein and having found good cause, the Defendant's Motion to Seal (Dkt. #486) is **GRANTED**.

DATED this 23rd day of May, 2019.

_____
The Honorable Richard A. Jones
United States District Judge