THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR-18-132 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL EXHIBIT A TO MR. MORGAN'S NOTICE OF JOINDER AND ADDITIONAL ARGUMENT (DKT. #485) |
| v. | |
| MICHAEL SCOTT MORGAN, JR., | |
| Defendant. | |

This matter having come regularly before the Court, and after reviewing the files and records herein and having found good cause, the Defendant's Motion to Seal (Dkt. #487) is **GRANTED**.

DATED this 23rd day of May, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

Law offices of john henry browne, p.s.
801 second avenue, suite 800
Seattle, Washington  98104
(206) 388-0777 • Fax: (206) 388-0780