HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>　　　　　　　　Defendant.<br><br><br>KIMBERLY GUADALUPE,<br><br>　　　　　　　　Claimant. | Cause No. CR18-132RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL FINANCIAL<br>RECORDS OF CLAIMANT<br>KIMBERLY GUADALUPE |

THIS MATTER comes before the Court upon Claimant Kimberly Guadalupe's Motion to Seal Financial Records. Having considered the motion, and the files and pleadings herein, and finding good cause,

IT IS ORDERED that Claimant Kimberly Guadalupe's Motion to Seal Financial Records (Dkt. #715) is GRANTED. The following exhibits shall remain under seal:

Exhibit B: Tax Returns of Kimberly Guadalupe for 2014-2017;
Exhibit C: Letter from IRS for 2017 Audit of Kimberly Guadalupe;

ORDER GRANTING
MOTION TO SEAL - 1

Exhibit D: Spreadsheet showing cash withdrawals from business accounts of Kimberly Guadalupe;

Exhibit G: Appraisal of Jewelry for Kimberly Guadalupe; and

Exhibit I: Receipt for Proof of Purchase from Zales of Kimberly Guadalupe.

DATED this 15th day of January, 2020.

*Richard A. Jones*
―――――――――――――――
The Honorable Richard A. Jones
United States District Judge