The Hon. Richard A. Jones

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>　　　　　　Defendant,<br><br>and,<br><br>KIMBERLY GUADALUPE,<br><br>　　　　　　Third-Party Petitioner. | NO. CR18-132 RAJ<br><br>**ORDER EXTENDING DEADLINES AND HEARING GOVERNING THIRD-PARTY PETITION** |

THIS MATTER comes before the Court on the Parties' stipulated motion to extend the discovery deadline governing Third-Party Petitioner Kimberly Guadalupe's petition to preliminarily forfeited property. Dkt. Nos. 716, 719.

The Court, having reviewed the stipulated motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that extension of the discovery deadline is appropriate.

///

Order Extending Deadlines and Hearing
Governing Third-Party Petition - 1
*United States v. Morgan, et al.,* CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Kimberly Guadalupe (the "Parties") may continue to engage in discovery related to the identified petition. The discovery period closes on **June 10, 2020**;

2) Thereafter, the Parties shall file any dispositive motions no later than **July 10, 2020**; and

3) If necessary, an evidentiary hearing will be held on the identified petition on **September 11, 2020, at 9:00 a.m.**, in Courtroom 13106.

IT IS SO ORDERED.

DATED this 21st day of February, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Order Extending Deadlines and Hearing
Governing Third-Party Petition - 2
*United States v. Morgan, et al.,* CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970