THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, JR.<br><br>Defendant. | No. CR18-132 RAJ<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

The Court, having received and reviewed the Defendant's Motion to File Overlength Brief, and based on all of the other records and files in this prosecution, and good cause appearing,

It is hereby ORDERED:

The Motion to File Overlength Brief (Dkt. #745) is GRANTED.

DATED this 17th day of April, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780