THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>Defendant. | No. CR18-132RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

THE COURT having received and reviewed the Motion to Seal the Exhibit to Mr. Morgan's Supplement and Request for Consideration of Defendant Michael Morgan's Motion for Reduction in Sentence, and based on all of the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED:

Defendant's Motion to Seal (Dkt. #751) is GRANTED. The exhibit will be maintained under seal.

DATED this 17th day of April 2020.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL- 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777