The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>　　　　　Defendant. | NO. CR18-132RAJ<br><br>ORDER GRANTING MOTION TO SEAL DECLARATION OF HELEN J. BRUNNER AND ITS EXHIBIT A |

　　　THIS MATTER has come before the Court on the motion to seal the Declaration of Helen J. Brunner and its attached Exhibit A. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Declaration of Helen J. Brunner and its attached Exhibit A, due to the sensitive information contained therein.

　　　IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. #754) is GRANTED and the Declaration of Helen J. Brunner and its attached Exhibit A shall remain under seal.

　　　DATED this 17th day of April, 2020.

_/s/ Richard A. Jones_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Michael Scott Morgan, Jr.*, CR18-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970