THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-132 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR REDUCTION IN SENTENCE |
| MICHAEL SCOTT MORGAN, JR., | |
| Defendant. | |

This matter comes before the Court on Defendant Michael Scott Morgan's Emergency Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), requesting that Mr. Morgan's sentence be reduced to time served. (Dkt. #747). The Court finds oral argument unnecessary to rule on this motion. The Court has considered the requisite analysis under the statute and the factors listed in 18 U.S.C. § 3553(a) to the extent they are applicable. The Court finds that it has the authority and discretion to grant relief pursuant to § 3582(c)(1)(A) and Michael Scott Morgan has presented "extraordinary and compelling" reasons justifying a reduction of his sentence.

IT IS THEREFORE ORDERED that the term of imprisonment imposed is hereby reduced to the time Michael Scott Morgan has already served. He shall be released from the custody of the Bureau of Prisons immediately but no later than 24 hours of the entry of this order.

ORDER GRANTING MOTION
FOR REDUCTION IN SENTENCE - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON  98104
(206) 388-0777

IT IS FURTHER ORDERED that upon release, Michael Scott Morgan shall begin serving the five-year term of supervised release previously imposed by the Court. He shall contact the United States Probation Office in Seattle and/or Everett within 24 hours of his release and follow its instructions.

IT IS SO ORDERED.

DATED this 17th day of April 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR REDUCTION IN SENTENCE - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777