The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL SCOTT MORGAN, JR., <br><br> Defendant, <br><br> and, <br><br> KIMBERLY GUADALUPE, <br><br> Third-Party Petitioner. | NO. CR18-132 RAJ <br><br> **ORDER EXTENDING DEADLINES AND HEARING GOVERNING THIRD-PARTY PETITION** |

THIS MATTER comes before the Court on the stipulated motion of the United States and Third-Party Petitioner Kimberley Guadalupe (the "Parties) to extend the discovery deadline governing Petitioner Guadalupe's petition to preliminarily forfeited property. Dkt. 716, 719, 738, and 764.

The Court, having reviewed the stipulated motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that extension of the discovery deadline is appropriate.

Order Extending Deadlines Governing Third-Party Petition - 1
*United States v. Morgan, et al.,* CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1) The Parties may continue to engage in discovery related to the identified petition. The discovery period closes on **October 12, 2020**;

2) Thereafter, the Parties shall file any dispositive motions no later than **November 12, 2020**; and

3) If necessary, an evidentiary hearing will be held on the identified petition on **January 29, 2021, at 9:00 a.m.**, in Courtroom 13106.

IT IS SO ORDERED.

DATED this 11th day of August, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Extending Deadlines Governing Third-Party Petition - 2
*United States v. Morgan, et al.*, CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970