# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>Defendant,<br><br>and,<br><br>KIMBERLY GUADALUPE,<br><br>Third-Party Petitioner. | No. CR18-132-RAJ<br><br>**ORDER EXTENDING DEADLINES AND HEARING GOVERNING THIRD-PARTY PETITION** |

THIS MATTER comes before the Court on the stipulated motion of the Third-party Petitioner Kimberly Guadalupe and of the United States (the "Parties") to extend the discovery deadline governing Petitioner Guadalupe's petition to preliminarily forfeited property. Dkt. 716, 719, 738, and 764.

The Court, having reviewed the stipulated motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that extension of the discovery deadline is appropriate.

Order Extending Deadlines Governing Third-Party Petition - 1
*United States v. Morgan, Jr., et al.,* CR18-132-RAJ

**THE LAW OFFICES OF SMITH AND WHITE**
Derek M. Smith & James J. White
717 Tacoma Ave. S Suite C Tacoma, WA 98402
T. 253-229-1591 or derek@smithandwhite.com
www.smithandwhite.com

NOW, THEREFORE, THE COURT ORDERS:

1. The Parties may continue to engage in discovery related to the identified petition. The discovery period closes **November 7, 2020**;

2. Thereafter, the Parties shall file any dispositive motions no later than **December 4, 2020**; and

3. If necessary, an evidentiary hearing will be held on the identified petition on March 19, 2021, at 9:00 a.m., in Courtroom 13106.

DATED this 21st day of September, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

Order Extending Deadlines Governing Third-Party Petition - 2
*United States v. Morgan, Jr., et al.,* CR18-132-RAJ

**THE LAW OFFICES OF SMITH AND WHITE**
Derek M. Smith & James J. White
717 Tacoma Ave. S Suite C Tacoma, WA 98402
T. 253-229-1591 or derek@smithandwhite.com
www.smithandwhite.com