The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>    Defendant,<br><br>and,<br><br>KIMBERLY GUADALUPE,<br><br>    Third-Party Petitioner. | NO. CR18-132 RAJ<br><br>ORDER SETTING BRIEFING SCHEDULE |

Having considered the parties' Stipulated Motion Concerning Briefing Schedule, the Court ORDERS:

1. The United States shall file a response to the Petition for Return of Property to Third-Party (Dkt. 840) on or before October 16, 2020;

2. Counsel for Ms. Guadalupe will file a reply, if any, by October 23, 2020; and

3. The motion will be noted for October 30, 2020.

DATED this 29th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING BRIEFING SCHEDULE
*United States v. Morgan,* 18-CR-132-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970