The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>Defendant,<br><br>and,<br><br>KIMBERLY GUADALUPE,<br><br>Third-Party Petitioner. | NO. CR18-132 RAJ<br><br>ORDER EXTENDING DEADLINES GOVERNING ANCILLARY PROCEEDING |

THIS MATTER comes before the Court on the stipulated motion of the United States and Third-Party Petitioner Kimberley Guadalupe (the "Parties") to extend the discovery and dispositive motion deadline governing Petitioner Guadalupe's petition to property that has been preliminarily forfeited in this case. Dkt. 716, 719, 738, 764, 839.

The Court, having reviewed the stipulated motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that extension of these deadlines is appropriate.

Order Extending Deadlines Governing Ancillary Proceeding - 1
*United States v. Morgan, et al.,* CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1) The Parties may continue to engage in discovery related to the identified petition. The discovery period closes on **December 4, 2020**;

2) Thereafter, the Parties shall file any dispositive motions no later than **January 11, 2021**; and

3) There is no change to the current deadline for an evidentiary hearing, which will be held if necessary on March 19, 2021 at 9:00 a.m.

DATED this 3rd day of November, 2020.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

Order Extending Deadlines Governing Ancillary Proceeding - 2
*United States v. Morgan, et al.,* CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970