The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>Defendant,<br><br>and,<br><br>KIMBERLY GUADALUPE,<br><br>Third-Party Claimant. | CASE NO. CR18-132-RAJ<br><br>ORDER GRANTING AGREED MOTION TO SEAL EXHIBITS TO DECLARATION OF AUSA KRISTA K. BUSH |

THIS MATTER comes before the Court on the Agreed Motion of the parties for leave to file 39 Exhibits to the Declaration of AUSA Krista K. Bush in Support of the United States' Motion to Dismiss Third-Party Claim and, Alternatively, Motion for Summary Judgment under seal ("Motion"). The Court has considered the Agreed Motion and finds good cause to grant the parties' motion.

IT IS ORDERED that the Agreed Motion is GRANTED. The following Exhibits may be filed under seal:

Order Granting Agreed Motion to Seal Exhibits to
Declaration of AUSA Krista K. Bush - 1
*U.S. v. Morgan, Jr. and Guadalupe,* CR18-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Exhibit D | 12-29-2019 email, transmitting Petition and Original Exhibits |
| Exhibit E | 12-23-2019 email, transmitting Amended Exhibits D and H |
| Exhibit S-7 | W-2 Statement - Morgan Real Estate Management LLC (2017) |
| Exhibit S-8 | W-2 Statements - The Stratford Management Company (2012, 2013, |
| Exhibit S-9 | W-2 Statement - George Hancock Inc. |
| Exhibit S-10 | Unemployment Compensation Payment Statement (2014) |
| Exhibit U-1 | W-2 Statement of Kimberly Guadalupe from The Stratford Company |
| Exhibit U-2 | W-2 Statement of Kimberly Guadalupe from The Stratford Company |
| Exhibit U-3 | W-2 Statement of Kimberly Guadalupe from The Stratford Company |
| Exhibit U-4 | W-2 Statement of Kimberly Guadalupe from The Stratford Company |
| Exhibit U-5 | Tax Documents of Kimberly Guadalupe (2013) |
| Exhibit U-6 | Tax Documents of Kimberly Guadalupe (2012) |
| Exhibit U-7 | Tax Documents of Kimberly Guadalupe (2011) |
| Exhibit U-8 | Note re: 21200 Poplar Way, Brier, WA 98036 |
| Exhibit U-9 | First Payment Letter re: 21557 35th Pl. W., Brier, WA 98036 |
| Exhibit U- | Uniform Residential Loan Application (January 25, 2018) |
| Exhibit U- | Note: re: 21557 35th Pl. W., Brier, WA 98036 |
| Exhibit U-12 | Buyer/Borrower Statement (Final) and First Payment Letter re: 21557 35th Pl. W., Brier, WA 98036 |
| Exhibit U- | Mortgage Interest Statement (2015) |
| Exhibit U- | Mortgage Interest Statement (2014) |
| Exhibit U- | Mortgage Interest Statement (2013) |
| Exhibit U- | Mortgage Interest Statement (2017) |
| Exhibit W-1 | BECU Financial Documents |
| Exhibit X-1 | Wells Fargo Financial Documents |
| Exhibit X-2 | Wells Fargo Financial Documents |
| Exhibit X-3 | Wells Fargo Financial Documents |
| Exhibit X-4 | Wells Fargo Financial Documents |
| Exhibit X-5 | Wells Fargo Financial Documents |
| Exhibit X-6 | Wells Fargo Financial Documents |
| Exhibit X-7 | Wells Fargo Financial Documents |
| Exhibit X-8 | Wells Fargo Financial Documents |
| Exhibit X-9 | Wells Fargo Financial Documents |
| Exhibit X- | Wells Fargo Financial Documents |
| Exhibit X- | Wells Fargo Financial Documents |
| Exhibit X- | Wells Fargo Financial Documents |
| Exhibit X- | Wells Fargo Financial Documents |
| Exhibit X- | Wells Fargo Financial Documents |
| Exhibit X- | Wells Fargo Financial Documents |
| Exhibit Z | Skagit Bank Financial Documents |

Order Granting Agreed Motion to Seal Exhibits to
Declaration of AUSA Krista K. Bush - 2
*U.S. v. Morgan, Jr. and Guadalupe,* CR18-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

1     IT IS SO ORDERED.

2

3     DATED this 1st day of March, 2021.

4                                           _____

5                                           The Honorable Richard A. Jones

6                                           United States District Judge

Order Granting Agreed Motion to Seal Exhibits to
Declaration of AUSA Krista K. Bush - 3
*U.S. v. Morgan, Jr. and Guadalupe,* CR18-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970