The Honorable Richard A. Jones

IN THE DISTRICT COURT OF THE UNITED STATES,
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES,<br>    *Plaintiff,*<br><br>vs.<br><br>MICHAEL SCOTT MORGAN, Jr,<br>    *Defendant,*<br><br>KIMBERLY GUADALUPE,<br>    *Claimant.* | CASE NO. CR18-132-RAJ<br><br>ORDER GRANTING LEAVE<br>TO FILE OVERLENGTH BRIEF |

The Court, having considered Claimant's Motion for Leave to File Overlength Brief, the files and pleading herein, and eing fully advised, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. # 938) is GRANTED and GRANTS permission for Claimant to file her Response in excess of the 24-page length, but no more than 30 pages (excluding attachments or exhibits).

DATED this 2nd day of June, 2021.

*Richard A. Jones* (signature)
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF - 1

The Law Offices of Smith & White PLLC



Derek M. Smith & James J. White
717 Tacoma Ave. S Suite C, Tacoma, WA 98402
T. 253-229-1591 or derek@smithandwhite.com
T. 206-650-6270 or james@smithandwhite.com
F. 206-400-1145      www.smithandwhite.com