# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, JR.,<br><br>　　　　Defendant,<br><br>and<br><br>KIMBERLY GUADALUPE,<br><br>　　　　Third-Party Claimant. | **JUDGMENT**<br><br>CASE NUMBER: 2:18-cr-00132-RAJ |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

As set forth in the Court's Order of May 6, 2022, the Petition of Third-Party Claimant Kimberly Guadalupe is granted solely with respect to the 1¾ CTTW ring, valued at approximately $3,208.03, purchased from the Zales Outlet in Tulalip, Washington on or about January 2, 2015. The Court DISMISSES the remainder of the Petition of Third-Party Claimant Kimberly Guadalupe.

DATED this 20th day of May, 2022.

　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　By:　_/s/ Victoria Ericksen_
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk