HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN JR.,<br><br>Defendant,<br><br>and<br><br>KIMBERLY GUADALUPE,<br><br>Claimant. | Case No. 2:18-cr-00132-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon the motion of attorney Derek M. Smith to withdraw as counsel of record for Claimant Kimberly Guadalupe.  Having considered the unopposed motion, and the files and pleadings herein,

IT IS ORDERED that the motion (Dkt. 992) is GRANTED.  Attorney Derek M. Smith is permitted to withdraw as counsel of record for Claimant Kimberly Guadalupe.

DATED this 31st day of May, 2022.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1